UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANET A. SCHWARTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, doing business as Tulane University,<br><br>    Defendant. | Civil Action No. 2:18-cv-10865-BWA-MBN<br><br>Jury Trial Demanded |

### Joint Stipulation of Dismissal with Prejudice

By consent of all parties who have appeared, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff voluntarily dismisses her claims in this action with prejudice. Each of the parties shall bear its own costs and expenses.

Respectfully submitted,

*/s/ Alan Kansas*
_____
Alan Kansas (Bar # 27725)
The Law Office of Alan Kansas, LLC
1801 Carol Sue Ave.
Terrytown, LA 70056-4113
tel. (504) 210-1150
fax (504) 617-6525
email: alan@alankansaslaw.com

*/s/ Alan R. Kabat*
_____
Alan R. Kabat (admitted *pro hac vice*)
Devin Wrigley (admitted *pro hac vice*)
Bernabei & Kabat, PLLC
1400 - 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
tel. (202) 745-1942 (ext. 242)
fax (202) 745-2627
email: Kabat@BernabeiPLLC.com
email: Wrigley@BernabeiPLLC.com
*Counsel for Plaintiff*

1

*/s/Julie D. Livaudais*
Julie D. Livaudais, T.A., Bar No. 1183
Sarah Voorhies Myers, Bar No. 30107
Rosalie M. Haug, Bar No. 37720
   - of -
CHAFFE McCALL, L.L.P.
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Telefax:  (504) 544-6054
Email: livaudais@chaffe.com
          myers@chaffe.com
          haug@chaffe.com

*ATTORNEYS FOR THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND*

DATED:  March 26, 2020

2